IN THE UNITED STATES COURT FOR THE NORTHEREN DISTRICT OF WEST VIRGINIA

**FILED**

MAR 2 3 2026

U.S. DISTRICT COURT- WVND
MARTINSBURG, WV 25401    3:26cv42

James Andre Allen

Civil Action No 533-2025-02753

Karen Leanneer

Manpower

The reason for this complaint is that Manpower did not follow company police concerning requesting taking time off. After being wrongful terminated. ~~██████████~~ could not give a legitimate reason for my terminated.  My e-mails will show that ~~████████~~ confirm that Manpower had no legitimate reason for terminating me.

I am seeking $100,000.00 in compensation. I believe that my new supervisor had stereotyped as a unproductive worker. I went from working 24-32 hours a week to 8. The stress from the reduction in hours a lot of mental stress.

*James all* 03/23/26

James Andre Allen

561 E Germen St
P. O. Box 155
Shepherdstown WV 25443

03/22/2026